```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------ X
UNITED STATES OF AMERICA            :
                                    :    08 CR. 0087 (VM)
                                    :
      - against -                   :    ORDER
                                    :
                                    :
JIN YUN GAO, MEI FANG ZHANG, AND    :
QIANG YU                            :
                                    :
              Defendants.           :
------------------------------------ X
```

**VICTOR MARRERO, United States District Judge.**

The Government (see attached letter) requests the exclusion of time until the next scheduled conference in this matter. The parties are directed to appear before the Court for a status conference on April 4, 2008 at 9:30 a.m.

All parties to this action consent to an exclusion of the adjourned time from the Speedy Trial Act until April 4, 2008.

It is hereby ordered that the adjourned time shall be excluded from speedy trial calculations. This exclusion is designed to guarantee effectiveness of counsel and prevent any possible miscarriage of justice. The value of this exclusion outweighs the best interests of the defendants and the public to a speedy trial. This order of exclusion of time is made pursuant to 18 U.S.C. §§ 3161(h)(8)(B)(ii) & (iv).

**SO ORDERED:**

Dated:   New York, New York
         7 February 2008

                                         Victor Marrero
                                         U.S.D.J.

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/8/08



United States Attorney
Southern District of New York



The Silvio J. Mollo Building
One Saint Andrew's Plaza
New York, New York 10007

February 5, 2008

**BY FAX**

The Honorable Victor Marrero
United States District Judge
Southern District of New York
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street
New York, New York 10007

Re: United States v. Jin Yun Gao, Mei Fang Zhang, and Qiang Yu,
    08 Cr. ___ (VM)

Dear Judge Marrero:

The above-referenced matter has been assigned to Your Honor and the defendants were presented and arraigned before Magistrate Judge Douglas F. Eaton on February 5, 2008. The initial conference have been scheduled for April 4, 2008 at 9:30 a.m.

The Government respectfully requests that the Court exclude time from the date of this letter until April 4, 2008, pursuant to the Speedy Trial Act, Title 18, United States Code, Section 3161(h)(8)(A). The ends of justice served by such continuance outweigh the interest of the public and the defendant in a speedy trial because the continuance will allow the Government time to collect and produce discovery to the defendant and the defense to review that discovery. Counsel of all of the defendants consent to this request.

Respectfully submitted,

MICHAEL J. GARCIA
United States Attorney
Southern District of New York

By: _____
Carrie H. Cohen
Assistant U.S. Attorney
(212) 637-2264

cc by fax:  David Wikstorm, Esq., Attorney for Defendant Gao
            Bennett Epstein, Esq., Attorney for Defendant Zhang
            Joel Cohen, Esq., Attorney for Defendant Yu