**ORIGINAL**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA          :    NOTICE OF INTENT TO
                                       FILE AN INFORMATION
          - v. -                  :
                                       07 Mag. 1315
JIN YUN GAO,                      :
MEI FANG ZHANG,
and QIANG YU,
                                       **08 CRIM 087**
          Defendants.

- - - - - - - - - - - - - - - - - - x

Please take notice that the United States Attorney's Office will file an Information upon the defendant MEI FANG ZHANG's waiver of indictment, pursuant to Rule 7(b) of the Federal Rules of Criminal Procedure.

Dated:    New York, New York
          January 24, 2008

                              MICHAEL J. GARCIA
                              United States Attorney

                         By:  _____
                              CARRIE H. COHEN
                              Assistant United States Attorney

                              AGREED AND CONSENTED TO:

                         By:  _____
                              BENNETT EPSTEIN, ESQ.
                              Attorney for Mei Fang Zhang

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/31/08
```

1/31/08 WHEEL A

TOTAL P.02