UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - X

UNITED STATES OF AMERICA          :     WAIVER OF INDICTMENT

            - v. -                :     08 Cr.

JIN YUN GAO,                      :
MEI FANG ZHANG,                   :
and QIANG YU,                     :

            Defendants.           :

- - - - - - - - - - - - - - - X

        QIANG YU, one of the above-named defendants, who is accused of violating Title 18, United States Code, Sections 371, 2342(a), and 2315, being advised of the nature of the charge and of his rights, hereby waives, in open Court, prosecution by indictment and consents that the proceeding may be by information instead of by indictment.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED

FEB 05 2008

_____
Defendant

_____
Witness

_____
Counsel for Defendant

Date:     New York, New York
          February 5, 2008