```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------ X
UNITED STATES OF AMERICA             :
                                     :    08 CR. 0087 (VM)
                                     :
      - against -                    :         ORDER
                                     :
                                     :
JIN YUN GAO et al.,                  :
                                     :
            Defendants.              :
------------------------------------ X
```

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/3/08

**VICTOR MARRERO, United States District Judge.**

The Government (see attached letter) requests an adjournment of the conference that was scheduled for April 4, 2008 at 9:30 a.m. The next conference in this matter is scheduled for May 16, 2008 at 3:15 p.m. The Government also requests exclusion of time from the Speedy Trial Act calculations until May 16, 2008. All parties to this action consent to an exclusion of the adjourned time from the Speedy Trial Act until May 16, 2008.

It is hereby ordered that the adjourned time shall be excluded from speedy trial calculations. This exclusion is designed to guarantee effectiveness of counsel and prevent any possible miscarriage of justice. The value of this exclusion outweighs the best interests of the defendants and the public to a speedy trial. This order of exclusion of time is made pursuant to 18 U.S.C. §§ 3161(h)(8)(B)(ii) & (iv).

**SO ORDERED:**

Dated:   New York, New York
         3 April 2008

                                          Victor Marrero
                                          U.S.D.J.

*United States Attorney*
*Southern District of New York*

The Silvio J. Mollo Building
One Saint Andrew's Plaza
New York, New York 10007

April 2, 2008

**BY FAX**



The Honorable Victor Marrero
United States District Judge
Southern District of New York
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street
New York, New York 10007

  Re: <u>United States v. Jin Yun Gao, Mei Fang Zhang, and Qiang Yu</u>,
     08 Cr. 087 (VM)

Dear Judge Marrero:

  I write to respectfully confirm that the conference in the above matter previously scheduled for April 4, 2008 at 9:30 a.m. has been rescheduled to May 16, 2008 at 3:15 p.m.

  The Government respectfully requests that the Court exclude time from the date of this letter until May 16, 2008, pursuant to the Speedy Trial Act, Title 18, United States Code, Section 3161(h)(8)(A). The ends of justice served by such continuance outweigh the interest of the public and the defendant in a speedy trial because the continuance will allow the Government time to collect and produce discovery to the defendant and the defense to review that discovery. Counsel of all of the defendants consent to this request.

             Respectfully submitted,

             MICHAEL J. GARCIA
             United States Attorney
             Southern District of New York
      By: _____
             Carrie H. Cohen
             Assistant U.S. Attorney
             (212) 637-2264

cc by fax: David Wikstorm, Esq., Attorney for Defendant Gao
      Bennett Epstein, Esq., Attorney for Defendant Zhang
      Joel Cohen, Esq., Attorney for Defendant Yu