```
                                          ┌─────────────────────────────────────┐
                                          │ USDS SDNY      /M+RR-J7k        /T   │
                                          │ DOCUMENT                             │
                                          │ ELECTRONICALLY FILED                 │
UNITED STATES DISTRICT COURT              │ DOC #: _____               │
SOUTHERN DISTRICT OF NEW YORK             │ DATE FILED: 4-8-C5                   │
- - - - - - - - - - - - - - - - x         └─────────────────────────────────────┘
                                :
UNITED STATES OF AMERICA
                                :          ORDER PURSUANT TO
            -v-                            21 U.S.C. § 853
                                :
JIN YIN GAO,                               08 Cr. 087 (VM)
MEI FANG ZHANG,                 :
and QIANG YU,
                                :
            Defendants.
- - - - - - - - - - - - - - - - x
```

WHEREAS, the Government has moved for an Order

authorizing the Government and its agencies to maintain custody

of the properties described below pending the conclusion of the

above-referenced criminal case:

> Approximately $75,390.00 in United States currency
> seized on or about August 10, 2007, from Safe Deposit
> Box Number 680 at Cathay Bank, 41-48 Main Street,
> Flushing, New York, and

> Approximately $150,100.00 in United States currency
> seized on or about October 5, 2007, from Safe Deposit
> Box Number 1769 at Cathay Bank, 41-48 Main Street,
> Flushing, New York

(collectively, the "Seized Assets");

WHEREAS, the Seized Assets are already in the lawful

custody of the Government;

WHEREAS, the Government has represented to the Court

that the Seized Assets will be available for forfeiture at the

conclusion of the pending criminal case; and

WHEREAS, the Seized Assets are alleged to be

forfeitable to the United States pursuant to 18 U.S.C.

§ 981(a)(1)(C) and 28 U.S.C. § 2461; and

WHEREAS, § 853(e)(1) authorizes the Court to take any action necessary to preserve the availability of property for forfeiture;

IT IS HEREBY ORDERED, that the United States and its agencies, including the Internal Revenue Service, are authorized to maintain and preserve the Seized Assets until the conclusion of the instant criminal case, pending further Order of this Court,

AND IT IS FURTHER ORDERED, that this Order satisfies the requirements described in 18 U.S.C. § 983(a)(3)(B)(ii)(II).

Dated:    New York, New York
          April /___, 2008

                            SO ORDERED:

                            HONORABLE VICTOR MARRERO
                            UNITED STATES DISTRICT JUDGE
                            SOUTHERN DISTRICT OF NEW YORK

2