```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------ X
UNITED STATES OF AMERICA            :
                                    :    08 CR. 0087 (VM)
                                    :
      - against -                   :    ORDER
                                    :
                                    :
JIN YUN GAO et al.,                 :
                                    :
            Defendants.             :
------------------------------------ X
```

**VICTOR MARRERO, United States District Judge.**

The Government (see attached letter) requests an adjournment of the conference that was scheduled for May 16, 2008. The next conference in this matter is scheduled for June 27, 2008 at 2:45 p.m. The Government also requests exclusion of time from the Speedy Trial Act calculations until June 27, 2008. All parties to this action consent to an exclusion of the adjourned time from the Speedy Trial Act until June 27, 2008.

It is hereby ordered that the adjourned time shall be excluded from speedy trial calculations. This exclusion is designed to guarantee effectiveness of counsel and prevent any possible miscarriage of justice. The value of this exclusion outweighs the best interests of the defendants and the public to a speedy trial. This order of exclusion of time is made pursuant to 18 U.S.C. §§ 3161(h)(8)(B)(ii) & (iv).

**SO ORDERED:**

Dated:   New York, New York
         14 May 2008

                                        Victor Marrero
                                           U.S.D.J.

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5-14-08
```



United States Attorney
Southern District of New York

*The Silvio J. Mollo Building
One Saint Andrew's Plaza
New York, New York 10007*

May 13, 2008

**BY FAX**

The Honorable Victor Marrero
United States District Judge
Southern District of New York
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street
New York, New York 10007

    Re:  United States v. Jin Yun Gao, Mei Fang Zhang, and Qiang Yu,
           08 Cr. 087 (VM)

Dear Judge Marrero:

    I write to respectfully confirm that the conference in the above matter previously scheduled for May 16, 2008 has been rescheduled to June 27, 2008 at 2:45 p.m.

    The Government respectfully requests that the Court exclude time from the date of this letter until June 27, 2008, pursuant to the Speedy Trial Act, Title 18, United States Code, Section 3161(h)(8)(A). The ends of justice served by such continuance outweigh the interest of the public and the defendant in a speedy trial because the continuance will allow the Government time to collect and produce discovery to the defendant and the defense to review that discovery. Counsel of all of the defendants consent to this request.

                                   Respectfully submitted,

                                     MICHAEL J. GARCIA
                                   United States Attorney
                                   Southern District of New York

                      By: _____
                              Carrie H. Cohen
                              Assistant U.S. Attorney
                              (212) 637-2264

cc by fax:  David Wikstorm, Esq., Attorney for Defendant Gao
              Bennett Epstein, Esq., Attorney for Defendant Zhang
              Joel Cohen, Esq., Attorney for Defendant Yu