

United States Attorney
Southern District of New York

The Silvio J. Mollo Building
One Saint Andrew's Plaza
New York, New York 10007

July 21, 2008

**BY FAX**

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7-21-08
```

The Honorable Victor Marrero
United States District Judge
Southern District of New York
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street
New York, New York 10007

    Re:   United States v. Jin Yun Gao, Mei Fang Zhang, and Qiang Yu,
           08 Cr. 087 (VM)

Dear Judge Marrero:

    I write to respectfully inform the Court that the above named defendants have pled guilty to the above-referenced Information in Magistrate's Court pursuant to Your Honor's referral. Accordingly, the parties jointly request that the conference in the above matter previously scheduled for July 25, 2008 at 9:30 a.m. be adjourned and that sentencing be scheduled for October 31, 2008 at 10:30 a.m.

                                  Respectfully submitted,

                                  MICHAEL J. GARCIA
                                United States Attorney
                                Southern District of New York

                By:   _____
                        Carrie H. Cohen
                        Assistant U.S. Attorney
                        (212) 637-2264

cc by fax:  David Wikstorm, Esq., Attorney for Defendant Gao
             Bennett Epstein, Esq., Attorney for Defendant Zhang
             Joel Cohen, Esq., Attorney for Defendant Yu

```
Request GRANTED. The sentencing of defendants Gao,
Zhang and Yu herein is scheduled for 10-31-08
at 10:30 a.m.

SO ORDERED.

7-21-08                    _____
DATE                       VICTOR MARRERO, U.S.D.J.
```