UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - X

UNITED STATES OF AMERICA         :   ORDER

      v.                          :   08 Cr. 087 (VM)

JIN YUN GAO,                     :
MEI FANG ZHANG,
and QIANG YU,                    :
           Defendants.
                            :
- - - - - - - - - - - - - - - - X

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8-27-08

       WHEREAS, with the defendant Qiang Yu's consent, his guilty plea allocution was taken before a United States Magistrate Judge on June 27, 2008;

       WHEREAS, a transcript of the allocution was made and thereafter was transmitted to the District Court; and

       WHEREAS, upon review of that transcript, this Court has determined that the defendant Qiang Yu entered the guilty plea knowingly and voluntarily and that there was a factual basis for the guilty plea;

       IT IS HEREBY ORDERED that the defendant Qiang Yu's guilty plea is accepted.

SO ORDERED:

Dated:   New York, New York
         26 August, 2008

                                          VICTOR MARRERO
                                          UNITED STATES DISTRICT JUDGE